UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| S.Y., by and through her parents, R.Y. and D.Y., | Affirmation of Service |
| Plaintiff, | |
| v. | Civil Action No.: 7:22-CV-09862-VB |
| Aetna Life Insurance Company, | |
| Defendant. | |

-------------------------------------------------------------------X

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

      Benjamin R. Allee, an attorney duly admitted to practice law before the Courts of this State, hereby affirms the following to be true under penalties of perjury:

      I am not a party to the action, am over 18 years of age and I am a Partner of the firm of Yankwitt LLP, 140 Grand Street, Suite 705, White Plains, New York, 10601.

      On December 6, 2022, I served a true copy of the Summons and Complaint with Civil Cover Sheet, by FedEx overnight delivery to the last known address of the addressees as indicated below:

Aetna Life Insurance Company
c/o New York State Department of
Financial Services
Corporate Affairs Unit
One Commerce Plaza
20th Floor,
Albany, New York 12257

_____
Benjamin R. Allee