AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| S.Y. by and through her parents, R.Y. and D.Y. ) <br> *Plaintiff* ) <br> v. ) <br> AETNA LIFE INSURANCE COMPANY ) <br> *Defendant* ) | Case No. 22-CV-09862 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

S.Y. by and through her parents, R.Y. and D.Y.                                                                                            .

Date:   12/12/2022

/s Dina L. Hamerman
*Attorney's signature*

Dina@yankwitt.com
*Printed name and bar number*
Yankwitt LLP
140 Grand St. Suite 705
White Plains, NY 10601

*Address*

dina@yankwitt.com
*E-mail address*

(914) 686-1500
*Telephone number*

(914) 487-5000
*FAX number*