AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| S.Y. by and through her parents, R.Y. and D.Y. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-CV-09862 |
| AETNA LIFE INSURANCE COMPANY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

S.Y. by and through her parents, R.Y. and D.Y.

Date:   12/12/2022

/s Russell M. Yankwitt
*Attorney's signature*

Russell M. Yankwitt
*Printed name and bar number*
Yankwitt LLP
140 Grand St. Suite 705
White Plains, NY 10601

*Address*

russell@yankwitt.com
*E-mail address*

(914) 686-1500
*Telephone number*

(914) 487-5000
*FAX number*