UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

S.Y., by and through her parents, R.Y. and D.Y.,   Case No.: 7:22-cv-09862

        Plaintiff,                   **AFFIDAVIT OF**
                                     **MEGAN GLOR, ESQ.**
        v.                      **FOR ADMISSION *PRO HAC VICE***

Aetna Life Insurance Company,

        Defendant.
-----------------------------------------------------------X

I, Megan Glor, being duly sworn, depose and say under the penalty of perjury, that:

1.     I am an attorney for Plaintiff, S.Y. by and through her parents, R.Y. and D.Y. in this matter, and, as such, I am fully familiar with the facts and proceedings in this case.

2.     I respectfully submit this affidavit in support of a motion for *pro hac vice* admission in order to appear, try, argue and participate in all proceedings in this case pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York.

3.     I am an attorney at law, currently practicing with the law firm of Megan E. Glor, Attorneys at Law located at 707 NE Knott Street, Suite 101, Portland, OR 97212. I am a member in good standing with the State Bar of Oregon, admitted on February 3, 1993 Bar No. 930178. See certificate of good standing submitted in support of this motion.

4.     I have never been convicted of a felony, have never been censured, suspended, disbarred or denied admission or readmission by any court, am not now the subject of any disciplinary proceedings in any jurisdiction, nor have I been disciplined previously in any jurisdiction.

5.     In this matter I am associated with local counsel Yankwitt LLP. If the motion for my *pro hac vice* admission is granted, I will promptly take the necessary steps to become a

registered user of the CM/ECF Filing System and consent to service of pleadings and other court documents through that system.

     **WHEREFORE**, it is respectfully requested that the Court issue an Order admitting me to practice before this Court *pro hac vice* in this matter.


Dated:   Portland, OR
         December 12, 2022

                                          MEGAN GLOR


STATE OF OREGON          }
                         } ss.:
COUNTY OF MULTNOMAH   }

     On the 12th day of December, 2022, before me personally appeared Megan Glor, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual executed the instrument.

**OFFICIAL STAMP**
**ROBERT JOHN HOOTS**
NOTARY PUBLIC-OREGON
COMMISSION NO. 1006180
MY COMMISSION EXPIRES NOVEMBER 19, 2024

Notary Public