

STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

MEGAN E. GLOR

as an Attorney of this Court.

      I, as State Court Administrator of the State of Oregon, certify that on the 3rd day of February, 1993.

MEGAN E. GLOR

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

December 14, 2022.

NANCY COZINE
State Court Administrator

_____
Authorized Representative