UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

S.Y., by and through her parents, R.Y. and D.Y.,

        Plaintiff,

v.

Aetna Life Insurance Company,

        Defendant.
--------------------------------------------------------X

Case No.: 7:22-cv-09862
**ORDER FOR**
**ADMISSION *PRO HAC VICE***

The motion of Megan Glor for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Oregon; and that her contact information is as follows:

> Megan E. Glor Attorneys at Law
> 707 NE Knott Street, Suite 101
> Portland, OR  97212
> Telephone: (503) 223-7400
> Fax:  (503) 751-2071
> megan@meganglor.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for S.Y., by and through her parents, R.Y. and D.Y., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated:   December ___, 2022

                                                      _____
                                                               U.S.D.J./U.S.M.J