UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.Y., by and through her parents, R.Y. and D.Y.,<br><br>Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company,<br><br>Defendant. | Case No. 7:22-cv-09862 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF AETNA LIFE INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Aetna Life Insurance Company ("Aetna") hereby discloses the following: Aetna states that it is a non-governmental corporate party and that it is an indirect, wholly owned subsidiary CVS Health Corporation. Based on filings with the Securities and Exchange Commission, Aetna is not aware of any publicly held company that owns 10% or more of the outstanding common stock of CVS Health Corporation.

Date: February 21, 2023

**FOX ROTHSCHILD LLP**

*/s/    John A. Wait*
By:   John A. Wait (JW-9418)
      Benjamin H. McCoy*
      101 Park Avenue, 17th Floor
      New York, New York, 10178
      (212) 878-7900
      jwait@foxrothschild.com
      bmccoy@foxrothschild.com
      *Attorneys for Defendants*

      *Application for Pro Hac Vice
      Admission forthcoming

## **CERTIFICATE OF SERVICE**

     I, JOHN A. WAIT, hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on any party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties and/or counsel of record via the Court's electronic filing (ECF) system and the parties may access this filing through the Court's system.

Date: February 21, 2023                                         **FOX ROTHSCHILD LLP**

                                                          By:    */s/ John A. Wait*
                                                                       John A. Wait