**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| S.Y., by and through her parents, R.Y. and D.Y., <br><br> Plaintiff, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 7:22-cv-09862-VB <br><br> **MOTION FOR ADMISSION** ***PRO HAC VICE* OF BENJAMIN HALL MCCOY, ESQ.** |

    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Benjamin Hall McCoy, Esq., hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Aetna Life Insurance Company in the above-captioned action.

    I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3(c).

Dated: April 12, 2023
       Blue Bell, Pennsylvania

Respectfully submitted,

**FOX ROTHSCHILD LLP**
 /s/ *Benjamin H. McCoy*
Benjamin H. McCoy
300 Sentry Parkway East
Blue Bell, Pennsylvania 19422-3001
T: (610) 397-6500
F: (610) 397-0450
*Counsel for Defendant Aetna Life Insurance Company*