**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| S.Y., by and through her parents, R.Y. and D.Y., <br><br> Plaintiff, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 7:22-cv-09862-VB <br><br> **DECLARATION OF BENJAMIN HALL MCCOY, ESQ. IN SUPPORT OF *PRO HAC VICE* MOTION** |

I, Benjamin H. McCoy, Esquire, pursuant to 28 U.S.C. § 1746, hereby depose and state under the penalty of perjury that the following is true and correct, based upon personal knowledge:

1. I am a partner with the law firm of Fox Rothschild LLP, 300 Sentry Parkway East, Blue Bell, Pennsylvania 19422-3001. My telephone number is 610-397-6500.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the Commonwealth of Pennsylvania and State of New Jersey.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

7. WHEREFORE, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for Defendant Aetna Life Insurance Company.

144333499.1

8. I declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that this declaration is true and correct to the best of my knowledge, information, and belief.

Executed on April 12, 2023        /s/ *Benjamin H. McCoy*
                                                     Benjamin H. McCoy

144333499.1