

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Benjamin Hall McCoy, Esq.*

DATE OF ADMISSION

April 4, 2013

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: April 10, 2023

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk