UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.Y., by and through her parents, R.Y. and D.Y.,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 7:22-cv-09862-VB<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Benjamin H. McCoy, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania and State of New Jersey; and that his contact information is as follows:

Applicant's Name:  Benjamin H. McCoy
Firm Name:  Fox Rothschild LLP
Address:  300 Sentry Parkway East
City / State / Zip:  Blue Bell, Pennsylvania 19422-3001
Telephone / Fax:  (610) 397-6500 / (610) 397-0450

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Aetna Life Insurance Company in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____
                                                                     United States District/Magistrate Judge