

MEMO ENDORSED

April 21, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/21/2023__
```

**Via Electronic Case Filing**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Courtroom 630
White Plains, New York 10601

      Re:    *S.Y., by and through her parents, R.Y. and D.Y. v. Aetna Life Insurance Company*
             Civil Action No. 7:22-cv-09862 (VB)

Dear Judge Román:

    This firm represents plaintiff S.Y., by and through her parents, R.Y. and D.Y., in the above-referenced action. We write to pursuant to Section 4.A of Your Honor's Individual Practices, the Court's December 19, 2019 Standing Order (19-MC-583), Fed. R. Civ. P. 5.2 and the ECF Rules & Instructions, Section 21, Privacy and Public Access to ECF Cases, to respectfully request permission to file the unredacted version of this letter under seal to protect against public disclosure of the minor Plaintiff's identity.

    This case was initially assigned to the Honorable Vincent Briccetti,[1] ███████████████
████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████

    We thank the Court for its time and attention to this matter.

The Court GRANTS Plfs' request to file the document indicated herein under seal. The Court respectfully directs the Clerk of the Court to place ECF No. 25 under seal, accessible only to the Court and the parties to the case. The Court notes that the document responsive to this request (ECF No. 25) appears to have already been filed under seal. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 24.

Respectfully submitted,

YANKWITT LLP

By: _____
Alicia A. Tallbe
140 Grand St., Suite 705
White Plains, New York 10601
Telephone: (914) 686-1500
Fax: (914) 487-5000
alicia@yankwitt.com

SO ORDERED:

Dated: April 21, 2023
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record (via ECF)

---

[1] The case was later reassigned to the Honorable Kenneth M. Karas, then to the Honorable Philip M. Halpern and then to the Honorable Cathy Seibel, before being reassigned to Your Honor.